**Raymond CLARKE, Plaintiff— Appellant,**

v.

**LEE COUNTY PENITENTIARY; B.G. Compton; Medical Department; David Roff; Doctor Jesus, Defendants—Appellees.**

No. 07–6234.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 3, 2007.

Raymond Clarke, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Clarke appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Clarke v. Lee County,* No. 7:07–cv00018–gec, 2007 WL 218715 (W.D.Va. Jan. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*